NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THINK COMPUTER CORPORATION,**
*Appellant*

**v.**

**SQUARE, INC.,**
*Appellee*

---

2016-1818

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2014-00159.

---

**JUDGMENT**

---

ISAAC PHILIP RABICOFF, Rabicoff Law LLC, Chicago, IL, argued for appellant.

STEFANI E. SHANBERG, Morrison & Foerster LLP, San Francisco, CA, argued for appellee. Also represented by ROBIN L. BREWER, EUGENE MARDER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, O'MALLEY, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| July 24, 2017 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |